IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ERIC MARK L.,**

        **Plaintiff,**

vs.                                                          CIV. NO. 23-01044 KRS

**MARTIN O'MALLEY**[1]**,**
**Commissioner of Social Security,**

        **Defendant.**

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO REVERSE AND REMAND TO THE AGENCY**

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion To Reverse and Remand To the Agency, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through March 1, 2024, to serve his Motion to Reverse or Remand for a Rehearing with Supporting Memorandum. Defendant is granted through April 1, 2024 to file his Response. Plaintiff is granted through April 15, 2024 to file his Reply.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 20, 2023, Martin O'Malley became the Commissioner of Social Security and is substituted as defendant in this case, replacing Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure ("the officer's successor is automatically substituted as a party").

Submitted and Approved By:

<u>/s/ *Laura Joellen Johnson* submitted on February 16, 2024</u>
Laura Joellen Johnson
Armstrong Johnson Law, LLC
Attorney for Plaintiff
8809 Washington Street NE, Suite 125
Albuquerque, NM 87113
(505) 890-9056
(505) 266-5860 fax

<u>Email Approval on February 15, 2024</u>
Manuel Lucero, AUSA
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1504
(505) 346-7205 fax