IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC MARK L.,

    Plaintiff,

vs.

                      CIV. NO. 1:23-cv-01044-KRS

MARTIN O'MALLEY,
Commissioner of Social
Security,

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand to Agency in an Order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE